IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


SHARQAWI ABDU ALI AL-HAJJ,    )
    )
    Petitioner,    )
    )    Civil Action No. 09 -745 (RCL)
    v.    )
    )
BARACK OBAMA, *et al.*,    )
    )
    Respondents.    )
    )


**ORDER**


Upon consideration of Respondents' Consent Motion for Further Enlargement of Time to

Respond to the Discovery Order entered September 4, 2009, it is hereby

ORDERED that the Respondents are allowed until December 15, 2009, to complete the

ordered discovery.

SO ORDERED.


Date: 11/30/2009        _____/s/_____

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE